IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**SHANNON COUNCE**                                                                                          **PLAINTIFF**

**V.**                               **CASE NO. 3:21-CV-3005**

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                                                  **DEFENDANT**

## ORDER

Currently before the Court is the Report and Recommendation (Doc. 33) of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas, dated May 14, 2025, regarding the Motions for Attorney's Fees (Docs. 28 & 32) filed by Plaintiff's counsel. More than fourteen (14) days have passed since the parties' receipt of the Report and Recommendation, and no objections were filed.

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED IN ITS ENTIRETY**. The Plaintiff's Motions (Doc. 28 & 32) are **GRANTED**, and the Court hereby orders that Plaintiff is entitled to compensation under 42 U.S.C. § 406(b) in the amount of **$8,870.25**. Counsel is to remit to Plaintiff $4,401.40, the smaller fee awarded pursuant to the EAJA.

**IT IS SO ORDERED** on this 29th day of May, 2025.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE